**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:    **GREGG B. WALKER,** | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No.  12-20006 ELF |

# O R D E R

**AND NOW,** it is hereby **ORDERED** that:

1. A hearing is scheduled on **January 2, 2018, at 1:00 p.m.,** in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, Philadelphia, PA, at 1:00 p.m., to consider: **the Chapter 13 Trustee's Motion to Dismiss Case**.

2. If the Debtor fails to appear or otherwise contest the Motion, the Motion may be granted without further notice or hearing.

**Date: November 28, 2017**

**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**

cc:   Gregg B. Walker
      6726 Lebanon Avenue
      Philadelphia, PA 19151